THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| GEORGE EDWARD PRICE, | : | |
| | : | |
| Plaintiff, | : | Civil Action |
| | : | No. 3:12-cv-49 (CAR) |
| v. | : | |
| | : | |
| Captain KENNETH STEWART, *et al.*, | : | |
| | : | |
| Defendants. | : | |

_____

## ORDER ON RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Currently before the Court is the Recommendation of the United States Magistrate Judge [Doc. 5] to dismiss Plaintiff's claims against Defendant Sheriff Robert Markley and Plaintiff's claim relating to his *Miranda* rights pursuant to 28 U.S.C. § 1915A for failure to state claims upon which relief may be granted. Plaintiff has not filed an objection to the Recommendation. This Court agrees with the Recommendation of the Magistrate Judge. Thus, the Order and Recommendation [Doc. 5] is hereby **ADOPTED AND MADE THE ORDER OF THE COURT**. Defendant Sheriff ROBERT MARKLEY is hereby DISMISSED as a Defendant in this action, and Plaintiff's claims relating to his *Miranda* rights are also DISMISSED. Plaintiff's Complaint may go forward against and service be made on Defendants Captain Kenneth Stewart, Deputy Craig Huff, and Deputy Roland.

**SO ORDERED**, this 5th day of October, 2012.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH